KING'S ALLEY COMPANY, a Partnership, dba KING'S
ALLEY WAIKIKI, Plaintiff-Appellee, *v*. DIAMOND
PARKING, INC., a Washington Corporation,
Defendant-Appellant

NO. 5666

FEBRUARY 20, 1976

RICHARDSON, C.J., KOBAYASHI, OGATA,
MENOR AND KIDWELL, JJ.

*Per Curiam*. This is an appeal by the defendant and a
cross appeal by the plaintiff.

In an action to collect arrearages in rental payment insti-
tuted by the plaintiff, the trial court gave judgment to the
plaintiff in a lesser amount than claimed by the plaintiff.

Upon hearing the oral arguments and reading the briefs of
both parties, and having reviewed the record herein, we are of
the opinion that the errors alleged by both plaintiff and defen-
dant do not merit a reversal of the judgment below.

However, this per curiam opinion is without prejudice to
defendant's alleged claim for relief under HRS § 480-2.

Affirmed.

*Jared H. Jossem and Richard F. Liebman (Torkildson,
Katz & Conahan* of counsel) for defendant-appellant, cross
appellee

*William J. Shannon (Damon, Shigekane, Key & Char* of
counsel) for plaintiff-appellee, cross appellant